

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-25-00367-CV

Pearl **BENAVIDES** and Crystal Torres,
Appellants

v.

Susanne **DEITER**, Guardian,
Appellee

From the County Court, Bexar County, Texas
Trial Court No. 21E2502036
Honorable Veronica Vasquez, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE MCCRAY AND JUSTICE MEZA

In accordance with this court's opinion of this date, this appeal is dismissed for lack of jurisdiction. No costs of the appeal are taxed against appellant because she is indigent.

SIGNED July 9, 2025.

H. Todd McCray

_____
H. Todd McCray, Justice